In the Matter of JOSEPH, an Infant. MICHAEL A. et al., Appellants; MONROE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent. (Appeal No. 2.) [730 NYS2d 923] —Order unanimously affirmed without costs. Same Memorandum as in *Matter of Joseph* (286 AD2d 995 [decided herewith]). (Appeal from Order of Monroe County Family Court, Miller, J.—Visitation.) Present—Wisner, J. P., Hurlbutt, Scudder, Kehoe and Burns, JJ.

MARTHA M. EVANS, Respondent, v ROBERT C. WARD, Appellant. [731 NYS2d 424] —Order unanimously affirmed without costs for reasons stated at Supreme Court, Barry, J. (Appeal from Order of Supreme Court, Monroe County, Barry, J.—Summary Judgment.) Present—Wisner, J. P., Hurlbutt, Scudder, Kehoe and Burns, JJ.